# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| LESLIE ONUSIC, | * | |
| Plaintiff, | * | |
| v. | * | CV 117-145 |
| AJ SERVICES JOINT VENTURE I, LLP, | * | |
| Defendant. | * | |

# O R D E R

Before the Court is the parties' stipulation of dismissal with prejudice. (Doc. 25.) The stipulation is signed by all parties in the case. (Id.) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia this 21ST day of May, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA